UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JERON HANSON,<br><br>        Defendant. | Case No. CR09-290 MJP-MLP<br><br>ORDER |

Based on information presented in the Government's memorandum regarding legal authority governing competency questions at the initial appearance (dkt. # 65) and Defendant's memorandum on competency procedure (dkt. # 69), the records and files in this case, the Court finds there is reasonable cause to believe that Defendant may presently suffer from a mental disease or defect that renders him unable to assist properly in his defense and to understand the nature and consequences of the proceedings against him.

It is hereby ordered Defendant undergo an evaluation to determine his mental competency pursuant to 18 U.S.C. § 4241(b) and 18 U.S.C. 4247(b) and (c). 18 U.S.C. § 4241(a). The evaluation shall be completed within 30 days of the date of this order.

ORDER - 1

1 | Defendant shall be remanded to the custody of the Attorney General for placement in a suitable facility for the evaluation. Pursuant to 18 U.S.C. § 4247(b), Defendant shall be placed in the closest suitable facility to the court, the Federal Detention Center ("FDC") at SeaTac, Washington, unless placement at the FDC is otherwise impracticable. A party may raise the issue of impracticability of placement at the FDC by motion.

The Clerk is directed to send copies of this order to the parties and to the Honorable Marsha J. Pechman.

Dated this 29th day of August, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge